IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

REBECCA KING, *et al.*,

        Plaintiffs,

v.                              CIVIL ACTION NO. 2:18-cv-00974

COLOPLAST CORP.,

        Defendant.

## MEMORANDUM OPINION AND ORDER

On November 13, 2020, I entered an order directing plaintiffs to show cause on or before November 27, 2020, why this case should not be dismissed without prejudice as to the remaining defendant, Coloplast Corp., pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not shown cause. The court **ORDERS** that this case is dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendant within 90 days after the complaint was filed.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 30, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE